IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VICTOR ZAMORA, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:17-cv-00889 |
| | § | |
| PROCOLLECT, INC., | § | |
| | § | |
| *Defendant*. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Victor Zamora and Defendant ProCollect, Inc. stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismiss this action with prejudice.

AGREED AS TO FORM AND CONTENT:

By:_____         By: _____
    CHRIS R. MILTENBERGER                                   JOHN W. BOWDICH
    STATE BAR NO. 14171200                                  State Bar No. 00796233

THE LAW OFFICE OF CHRIS R.                         THE WILLIS LAW GROUP, PLLC
MILTENBERGER, PLLC                                    10440 N. Central Expy., Ste. 520
1340 N. White Chapel, Suite 100                    Dallas, Texas 75231
Southlake, Texas 76092                                  (214) 736-9433 – Telephone
(817) 416-5060– Telephone                            (214) 736-9994 – Telecopy
(817) 416-5062 – Telecopy                             jbowdich@thewillislawgroup.com
chris@crmlawpractice.com

                                                             ATTORNEYS FOR DEFENDANT
ATTORNEYS FOR PLAINTIFF                           PROCOLLECT, INC.
VICTOR ZAMORA